UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ARTHUR JEROME WILSON (#540407)

VERSUS

DARRELL VANNOY, ET AL.

CIVIL ACTION

NO. 14-387-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated December 5, 2014 (doc. no. 13) to which no objection has been filed.

The court hereby approves the report and recommendation of the Magistrate Judge and adopts it as the court's opinion herein. Accordingly, the defendant' Motion for Summary Judgment is GRANTED and the plaintiff's complaint is DISMISSED for failure to exhaust available administrative remedies pursuant to 42 U.S.C. § 1997e(a), and with prejudice to refiling the complaint in forma pauperis. Further, the complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(I), and without leave to amend because there is no conceivable, non-frivolous federal claim he could assert against the defendants consistent with the facts alleged in his complaint.

Baton Rouge, Louisiana, this 3rd day of February, 2015.

_____  
JAMES J. BRADY, JUDGE  
MIDDLE DISTRICT OF LOUISIANA